UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23CR-73-FL-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| CHARLES KEVIN CORIE | ) | |

The Grand Jury charges that:

Beginning at a date unknown, but no later than in or about July 2021, and continuing through on or about February 4, 2022, in the Eastern District of North Carolina and elsewhere, the defendant, CHARLES KEVIN CORIE, a person required to register as a sex offender under the Sex Offender Registration and Notification Act, and having traveled in interstate commerce, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL:
**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

7 Mar 2023
DATE

MICHAEL F. EASLEY, JR.
United States Attorney

BY: Ashley H. Foxx
Assistant United States Attorney

I certify the foregoing to be a true and correct copy of the original.
Peter A. Moore, Jr., Clerk
United States District Court
Eastern District of North Carolina

By: Carson Penderg
Deputy Clerk